MARCH 4, 1991

No. 89–609.  PUCKETT ET AL. *v.* NATIVE VILLAGE OF TYONEK ET AL.  C. A. 9th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Oklahoma Tax Comm'n* v. *Citizen Band of Potawatomi Tribe of Okla.*, 498 U. S. 505 (1991).

No. 89–6932.  MULLIS *v.* UNITED STATES; and HOMICH *v.* UNITED STATES.  C. A. 11th Cir.  Motions of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Gozlon-Peretz* v. *United States*, 498 U. S. 395 (1991). Reported below: 887 F. 2d 1091 (first case); 888 F. 2d 1395 (second case).

No. 90–892.  CITY OF SEATTLE *v.* FIRST COVENANT CHURCH OF SEATTLE, WASHINGTON.  Sup. Ct. Wash.  Motions of National Trust for Historic Preservation in the United States and Municipal Art Society of New York, Inc., for leave to file briefs as *amici curiae* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Employment Div., Dept. of Human Resources of Ore.* v. *Smith*, 494 U. S. 872 (1990).

No. D–948.  IN RE DISBARMENT OF PERLOW.  Disbarment entered.  [For earlier order herein, see 498 U. S. 956.]

No. D–952.  IN RE DISBARMENT OF PORTER.  Disbarment entered.  [For earlier order herein, see 498 U. S. 978.]

No. D–953.  IN RE DISBARMENT OF KANAREK.  Disbarment entered.  [For earlier order herein, see 498 U. S. 978.]

No. D–972.  IN RE DISBARMENT OF PENNELL.  It is ordered that Edwin Adam Pennell, of Dunnellon, Fla., be suspended from

901